IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VICENTE CAMACHO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:14-cv-00562-JRG |
| | § | |
| TYSON FOODS, INC. | § | |

**NOTICE OF DISCLOSURE OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Notice of Disclosure to inform the Court pursuant to local Rule CV26 (C) that Plaintiff's 1st Supplemental Designation of Expert Testimony pursuant to Fed.R.Civ.P. 26(a)(2) was forwarded to Defendant's attorneys of record, Mr. Kevin P. Riley and Zach T. Mayer via Certified Mail, Return Receipt Requested on December 19, 2014.

Respectfully submitted

BADDERS LAW FIRM, PC
4002 North Street
Nacogdoches, Texas 75965
936-564-6181 (telephone)
936-564-8095 (facsimile)

/s/ Jeff B. Badders
_____
Jeff B. Badders
Bar I. D. No. 01496850
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this the 19th day of November, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jeff B. Badders
_____
Jeff B. Badders