IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VICENTE CAMACHO, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:14-cv-00562-JRG |
| v. | § § | JURY |
| TYSON FOODS, INC., and TYSON FARMS, INC. | § § § | |
| Defendants. | § § | |

# DEFENDANTS TYSON FOODS, INC. AND TYSON FARMS, INC.'S NOTICE OF NINTH SUPPLEMENTAL ADDITIONAL DISCLOSURES

Pursuant to the Court's Discovery Order, the Federal Rules of Civil Procedure, and the United States District Court of the Eastern District of Texas Local Rules, I certify that a copy of Defendants, Tyson Foods, Inc. and Tyson Farms, Inc.'s Ninth Supplemental Additional Disclosures was served on all counsel of record on this 13th day of April, 2015.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:  /s/ *J. Kendall Ray*
Zach T. Mayer
*Lead Attorney*
Texas State Bar No. 24013118
zmayer@krcl.com
Brian J. Fisher
Texas State Bar No. 24032178
bfisher@krcl.com
J. Kendall Ray
Texas State Bar No. 24076637
kray@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200 / Fax (214) 777-4299

Kevin P. Riley
Texas State Bar No. 16929100
kriley@krcl.com

919 Milam Street, Suite 2200
Houston, Texas 77002
(713) 425-7400 / Fax (713) 425-7700

**ATTORNEYS FOR DEFENDANT TYSON FOODS, INC. AND TYSON FARMS, INC.**

# CERTIFICATE OF SERVICE

On the 13th day of April, 2015, I electronically submitted the foregoing document with the clerk of court for the United States District Court for the Eastern District of Texas using the electronic case filing system of the court. I further certify that I have served all counsel of record electronically and by the following manner as authorized by Federal Rule of Civil Procedure 5(b)(2):

| **VIA ECF AND CERTIFIED MAIL RETURN RECEIPT REQUESTED** | **VIA ECF AND CERTIFIED MAIL RETURN RECEIPT REQUESTED** |
|---|---|
| Jeff B. Badders | J. Chad Parker |
| BADDERS LAW FIRM, PC | THE PARKER FIRM, PC |
| 4002 North Street | 3808 Old Jacksonville Road |
| Nacogdoches, Texas 75965 | Tyler, Texas 75701 |

                                                   /s/ *J. Kendall Ray*
                                                       J. Kendall Ray